UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

KEITH SMITH,

    Plaintiff,

-vs-                                      CASE NO.:  5:17-CV-00424-JSM-PRL

NAVIENT SOLUTIONS, LLC

    Defendant.
_____/

## NOTICE OF PENDING SETTLEMENT

    Plaintiff, KEITH SMITH, by and through his undersigned counsel, hereby notifies the Court that the parties, Plaintiff, KEITH SMITH, and Defendant, NAVIENT SOLUTIONS, LLC, have reached a settlement with regard to this case, and are presently drafting, and finalizing the settlement agreement, and general release documents. Upon execution of the same, the parties will file the appropriate dismissal documents with the Court.

Dated:  August 3, 2018

                                            */s/ John C. Distasio, Esquire*
                                            JOHN C. DISTASIO, ESQUIRE
                                            Florida Bar No.: 096328
                                            MORGAN & MORGAN, TAMPA, P.A.
                                            One Tampa City Center
                                            201 N. Franklin Street, Suite 700
                                            Tampa, FL 33602
                                            Telephone:  (813) 223-5505
                                            Facsimile:   (813) 223-5402
                                            JDistasio@ForThePeople.com
                                            LCrouch@ForThePeople.com
                                            CheyenneReed@ ForThePeople.com
                                            *Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 3rd day of August, 2018, the foregoing was filed electronically in accordance with the Court's guidelines, using the Court's CM/ECF system, and a copy of which was served via electronic mail to:

Ashley N. Rector, Esquire
Michael Schuette, Esquire
Sessions, Fishman, Nathan & Israel, L.L.C.
3350 Buschwood Park Drive, Suite 195
Tampa, FL  33618
arector@sessions.legal
ycolon@sessions.legal
mschuette@sessions.legal

*/s/ John C. Distasio, Esquire*
JOHN C. DISTASIO, ESQUIRE
Florida Bar No.: 096328