UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

KEITH SMITH,

    Plaintiff,

-vs-                                        CASE NO.:  5:17-CV-00424-JSM-PRL

NAVIENT SOLUTIONS, LLC

    Defendant.
_____/

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

**COMES NOW** the Plaintiff, KEITH SMITH, and the Defendant, NAVIENT SOLUTIONS, LLC, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby stipulate to dismiss, with prejudice, each claim and count therein asserted by Plaintiff, against the Defendant in the above styled action, with Plaintiff and Defendant to bear their own attorney's fees, costs, and expenses.

Respectfully submitted this 4th day of September, 2018.

| | |
|---|---|
| */s/ John C. Distasio* | */s/ Ashley N. Rector* |
| JOHN C. DISTASIO, ESQUIRE | ASHLEY N. RECTOR, ESQUIRE |
| Florida Bar No.: 096328 | Florida Bar No.: 0106605 |
| Morgan & Morgan, Tampa, P.A. | Sessions, Fishman, Nathan & Israel, L.L.C. |
| 201 N. Franklin Street, Suite 700 | 3350 Buschwood Park Drive, Suite 195 |
| Tampa, FL 33602 | Tampa, FL 33618 |
| Telephone: (813) 223-5505 | Telephone: (813) 440-5327 |
| Facsimile: (813) 223-5402 | Facsimile: (866) 466-3140 |
| jdistasio@ForThePeople.com | arector@sessions.legal |
| LCrouch@ForThePeople.com | ycolon@sessions.legal |
| CheyenneReed@ForThePeople.com | mschuette@sessions.legal |
| *Attorney for Plaintiff* | *Attorney for Defendant* |

## **CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that on September 4, 2018, I filed the foregoing Joint Stipulation of Dismissal, according to the Court's guidelines, using the CM/ECF system, and a copy of which was served to all parties of record.

                                                */s/ John C. Distasio*
                                                JOHN C. DISTASIO, ESQUIRE
                                                Florida Bar No.: 096328